JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MELTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUS CORPORATION OF THE AMERICAS, a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 14-02168-R(SHx)<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION <u>WITH PREJUDICE</u>**<br><br>Trial Date: February 16, 2016 |

336410

JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION <u>WITH PREJUDICE</u>

## **ORDER**

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action <u>With</u> <u>Prejudice</u>, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. CV 14-02168-R(SHx) be dismissed in its entirety <u>with</u> <u>prejudice</u>.

IT IS SO ORDERED.

Dated: November 30, 2015            _____
                                    Honorable Manuel L. Real